IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANCISCO CARRION,

    Petitioner,

-vs-

KIM BUTLER,

    Respondent.                   No. 13-cv-778-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on September 15, 2014 (Doc. 21), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.** The Court declines to issue a certificate of appealability.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                  BY:  *s/Caitlin Fischer*
                                           Deputy Clerk

**DATED:** September 15, 2014

Digitally signed by David R. Herndon
Date: 2014.09.15 15:34:23 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**